| | |
|---|---|
| DATE: | 7/30/2020 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCHELL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | NATHAN MANLEY |
| INTERPRETER: | ---------------------------------- |
| START TIME: | 2:04 p.m. |
| END TIME: | 2:20 p.m. |

**CASE NUMBER** 6:20-CR-00049-JCB

**UNITED STATES OF AMERICA**
 **V.**
**JEREMY CHRISTOPHER JONES**

| **FRANK COAN** | **MATT MILLSLAGLE** |
|---|---|

| | | | |
|---|---|---|---|
| ☒ | Indictment Unsealed as to this defendant | ☐ | Interpreter |

## INITIAL APPEARANCE

### (via video conference)

| | | | |
|---|---|---|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☒ | Waiver to Proceed by Video |
| ☒ | Date of Arrest:  6/29/20 in Dist. of Kansas; 7/30/20 is 1st appearance in EDTX | ☒ | Dft's first appearance |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft requested court appointed counsel and was examined re financial status. | ☒ | The Court found the dft eligible for court appointed counsel and appoints:  AFPD Matt Millslagle |
| ☐ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☒ | Amended Order of Conditions of Release | ☐ | Bond set: |
| ☐ | Waiver of Detention | ☐ | Dft advised of the rights of consular notification |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☐ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☐ | Dft remanded to the custody of the US Marshal | ☒ | Dft continued on conditions of bond |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ | Arraignment waived in open court | ☒ | Arraignment held on indictment: All counts |
| ☒ | Dft placed under oath | ☒ | Dft physically/mentally ready |
| ☒ | Dft received copy of charges | ☒ | Dft discussed charges with counsel |
| ☐ | Charges read | ☒ | Dft waived reading of charges |
| ☒ | No pressure to plead | ☒ | Dft enters a not guilty plea to all counts |
| ☒ | Discovery orders entered | ☒ | Pretrial Conference set for 9/11/2020 at 1:30 p.m.  and Jury Selection and Trial set for 9/14/2020 at 9:30 a.m. before Judge J. Cam Barker |
| ☐ | Dft remanded to the custody of the US Marshal | ☒ | Dft continued on conditions of bond |