UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20cr49

**United States of America**

v.

JEREMY JONES

## DEFENDANT'S WAIVER
## BEFORE SENTENCING HEARING

I acknowledge receipt of the proposed conditions of supervised release included with the final presentence investigation report prepared by the probation office. I understand those conditions, and I hereby waive the reading of them at sentencing. If the court adopts them, I agree to be bound by them and subject to revocation for violation of any of them.

I am hereby advised that the law provides a defendant a right to appeal the conviction and sentence imposed and to seek permission to appeal free of cost and court-appointed counsel if unable to pay for an appeal. With few exceptions, any notice of appeal must be filed with 14 days of the date judgment is entered or within 14 days of the filing of a notice of appeal by the government. I have waived, however, certain rights to appeal as stated in my plea agreement; although generally enforceable, such a waiver may be challenged on appeal if believed to be invalid or unenforceable.

Understanding my appellate rights, I waive post-sentencing advisement of those rights. *See* Fed. R. Crim. P. 32(j).

Signed: _Jeremy Jones_     Date: _7/25/22_
Defendant

Witnessed: _____
Defendant's attorney