| DATE: | 8/12/2022 | CASE NO.: | USA V. |
|---|---|---|---|
| LOCATION: | Tyler | **6:20-cr-49-2** | **Jeremy Christopher Jones** |
| JUDGE: | **J. Campbell Barker** | | |
| DEP CLERK: | Nicole Cadenhead | Counsel for Government: | Counsel for Defendant: |
| REPORTER: | Susan Zielie | Alan Jackson | Matthew Millslagle |
| USPO: | Molly Bryson | | |
| INTERPRETER: | | | |

| **SENTENCING HEARING HELD** | **BEGIN:** 10:32 **ADJOURN:** 10:57 **TOTAL TIME:** 25 min. |
|---|---|

**PRESENTENCE REPORT:**
☐ Objections and Court Ruling
[✓] Adopted in Its Entirety
☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:**
[✓] ACCEPTED   ☐ REJECTED
[✓] Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:**
[✓] NONE   Victims Addressed the Court:

**MOTIONS:**
☐ None
[✓] Govt's Motion: [✓] GRANTED ☐ DENIED
[✓] Dft's Motion: ☐ GRANTED [✓] DENIED
☐ Other: Govt's motion to dismiss count 2 and motion for forfeiture granted. Dft's motion for variance denied.

**ALLOCUTION:** [✓] **Dft DID allocute**   ☐ **Dft DID NOT allocute**

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| **1** | **24 months** | | waived | 536,133.96 | $100 |
| | | | ☐ Interest Waived | [✓] Interest Waived | |

## BOP RECOMMENDATIONS:

**DESIGNATION:**
FCI Coleman

☐ Substance Abuse Treatment
☐ Sex Offender Treatment
☐ Other:
☐ Mental Health Treatment
[✓] Financial Responsibility
☐ NONE

## SUPERVISION:

| 3   YEARS SUPERVISED RELEASE | [✓] Mandatory and Special Conditions as set forth in Presentence Report ☐ No Term of Supervision |
|---|---|

Other Conditions

[✓] **Dft advised of right to APPEAL & Court Appointed Counsel**

**REMAINING COUNTS:** ☐ NONE
[✓] **Govt moved to dismiss. Court granted.**

**FORFEITURE:** the sum of $21,921.00 in United States currency and all interest and proceeds traceable thereto

## CUSTODY:

DEFENDANT ORDERED to report to Designated Facility on or before: October 12, 2022.

## ADDITIONAL PROCEEDINGS:

The Court made the following findings:
Total Offense Level -   24
Criminal History Category -  I
Range of  51    to  63  - months


The parties did not object to these findings.